Asuquo E. ASANANSI, Plaintiff–
Appellant,

v.

RITE AID CORPORATION,
Defendant–Appellee.

No. 02–1427.

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 23, 2002.

Decided Jan. 27, 2003.

Fatai A. Suleman, Joseph M. Kum, Amorow & Kum, P.A., Takoma Park, Maryland, for Appellant. James A. Rothschild, Michael J. Carlson, Anderson, Coe & King, L.L.P., Baltimore, Maryland, for Appellee.

Before TRAXLER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Asuquo E. Asanansi appeals the district court's order granting summary judgment to the Appellee on his race and national origin discrimination claims under Title VII of the Civil Rights Act of 1964, 42 U.S.C.A. §§ 2000e to 2000e–17 (West 1994 & Supp.2002). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Asanansi v. Rite Aid Corp.,*

No. CA–00–1235–B (D.Md. Mar. 21, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*